

FILED

abas

JUN 2 3 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1

2

3

4                UNITED STATES BANKRUPTCY COURT

5                EASTERN DISTRICT OF CALIFORNIA

6

7

8  In re                          )  Case No. 10-33727-D-7
                                   )
9  ROGER JIMENEZ,                  )
                                   )
10          Debtor.                )
   _____)
11                                 )
   HERITAGE PACIFIC FINANCIAL,     )  Adv. Pro. No. 10-2525
12 LLC,                            )
                                   )
13          Plaintiff,             )
   v.                              )
14                                 )  Trial:
   ROGER JIMENEZ,                  )  DATE: August 31, 2011
15                                 )  TIME: 9:30 a.m.
            Defendant.             )  DEPT: Hon. Richard T. Ford
16 _____)        (Courtroom to be announced)

17              **NOTICE OF AND ORDER FOR TRIAL**

18      **IT IS ORDERED** as follows:

19      1.   Trial will be held on August 31, 2011 at 9:30 a.m.

20 before the Honorable Richard T. Ford, in the Courtroom, United

21 States Bankruptcy Court, 501 I Street, Sixth Floor, Sacramento,

22 California.   Continuance of the trial date is disfavored and will

23 be granted only upon noticed hearing and a showing of good cause.

24      2.   Trial is set for one day.

25      3.   The parties are required to comply with the direct

26 testimony by declaration procedure prescribed by Local Rule 9017.

27      4.   The parties shall comply with the following requirements

28 regarding trial exhibits:  Copies of all exhibits that a party

1 | may offer into evidence or use for any other purpose in

2 | connection with this trial shall be pre-marked (plaintiff to use

3 | numbers and defendant to use letters) and presented in

4 | triplicate. In the case of ten (10) or more exhibits, they

5 | should be placed in three-ring binders. One copy will be served

6 | on opposing counsel (as required by Local Rule 9017-1). The

7 | remaining copies shall be lodged with the court, one for use by

8 | the judge and the other for use by the witnesses.

9 |     5. Trial briefs are optional; however, any trial brief(s)

10 | shall not exceed five (5) pages and be filed and served not less

11 | than ten (10) court days before trial. **A courtesy copy of the**

12 | **trial brief(s) shall be sent by U.S. Mail to the Hon. Richard**

13 | **Ford, 491 Herndon Avenue, Suite 208, Clovis, CA 93612.**

14 |     6. The parties are to separately submit proposed findings

15 | of fact and conclusions of law at the time they submit their

16 | direct testimony declarations.

17 |

18 | Dated: 6/23/11

Robert S. Bardwil, Judge
United States Bankruptcy Court

2

1 | Attorney for Plaintiff

2 | Brad Mokri
1851 E First Street, Suite 900
3 | Santa Ana, CA 92705

4 | Attorney for Defendant

5 | Michael Akana
225 W Winton Ave., #111
6 | Hayward, CA 94544

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United
States Bankruptcy Court for the Eastern District of California
hereby certifies that a copy of the document to which this
certificate is attached was mailed today to the following
entities at the addresses shown below or on the attached list.

Brad A. Mokri
1851 E First Street #900
Santa Ana, CA 92705

Michael P. Akana
225 W Winton Ave #111
Hayward, CA 94544

DATED: 6/24/11          BY: Megan Grah
                              Deputy Clerk

EDC 3-070 (Rev. 6/28/10)